MALCOLM M. STECK ET AL., RESPONDENTS, v. BOARD OF EDUCATION OF THE CITY OF CAMDEN, APPELLANT.

Argued October 28, 1939—Decided January 25, 1940.

For the appellant, *Firmin Michel.*

For the respondents, *Meyer L. Sakin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, CASE, DONGES, HEHER, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 13.

*For reversal*—None.